UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 04-mc-10262 |
| ) | |
| v. ) | Cr. No. 04-MJ-00037-LPC |
| ) | |
| MARKO BOSKIC ) | |
| ) | |

**MOTION FOR ENLARGEMENT OF TIME TO FILE INDICTMENT OR INFORMATION PURSUANT TO 18 U.S.C. § 3161(h)(8)(A)**

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Kimberly P. West, Assistant U.S. Attorney, requests a seven day continuance of the period within which the government must seek an indictment in this matter, to October 1, 2004, and requests that the additional time be excluded under the Speedy Trial Act in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A). The defendant assents to this request. In support of this motion, the government states as follows:

1. On August 24, 2004, a complaint was filed charging the defendant with two counts of fraud and misuse of visas, permits, and other documents, in violation of Title 18, United States Code, Section 1546(a). On August 25, 2004, the defendant was arrested. He initially appeared before this Court on the complaint the following day.

2. Subsequent to the issuance of the complaint and Defendant's arrest, a number of very complex and unusual issues relevant to this case have come to the government's attention and an additional week is needed for their review. Counsel for the defendant has been informed of the additional time needed and has no objection to this request.

3. The indictment will not be returned by the last date that this case must be indicted under the terms of the Speedy Trial Act, in the absence of further action. The government thus

requests a brief continuance of the period within which an indictment must be returned in this case, until October 1, 2004. This period of time should be excluded from the calculation under the Speedy Trial Act. See 18 U.S.C. §3161(h)(8)(A). The sought-after delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial.

WHEREFORE, the government requests that, in the interests of justice, this Court allow a continuance of the period within which the government must seek an indictment in this matter under the Speedy Trial Act, until October 1, 2004, and that this period be excluded under the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(A).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Kimberly P. West
      KIMBERLY P. WEST
      Assistant U.S. Attorney

ASSENTED TO:

MARKO BOSKIC

By:   /s/ Max Stern (kpw)
      MAX STERN, ESQ.
      Counsel for the Defendant

Dated: September 20, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney for defendant Mark Boskic, Max Stern, Esq., 90 Canal Street, Boston, MA 02114-2002 by first class mail on this day, September 20, 2004.

/s/ Kimberly P. West
Kimberly P. West
Assistant U.S. Attorney